# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Jamal Damon Hendrix, | Case No. 2:22-cv-01402-ART-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| Kara LeGrand, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's request for the United States Marshal to serve the complaint on Defendant Jose Macias. ECF No. 33.

This Court previously ordered that if service could not be accepted for any of the named defendant(s), Plaintiff was to file a motion identifying the unserved defendant(s), request the issuance of a summons, and specify a full name and address for the defendant(s). ECF No. 9. Plaintiff filed a "Notice" on May 2, 2023 essentially complying with the directives at ECF No. 9. As a result, the Court grants Plaintiff's Motion at ECF No. 33.

**IT IS ORDERED** that the Clerk of Court is ordered to send Plaintiff 1 blank USM-285 form.

**IT IS FURTHER ORDERED** that Plaintiff shall have 21 days to fill out the required USM-285 form and send it to the U.S. Marshals Service. The USM-285 form must include Defendant's name (Jose Macias) and must leave the address blank.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to issue a summons for the defendant.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this order, the issued summons, and the operative complaint (ECF No. 4) on the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that upon receipt of the USM-285 form[s], the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on the defendant.

1    **IT IS FURTHER ORDERED** that the USMS must fill out the address for the Defendant

2    as provided under seal at ECF No. 19.

3    **IT IS FURTHER ORDERED** that, within 90 days of today's order, the U.S. Marshals

4    Service shall file the summons[es] returned as executed or a notice indicating why service has not

5    been effectuated.

6

7    DATED: June 21, 2023

8    _____

9    BRENDA WEKSLER
     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28