UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KARA LEGRAND, *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-01402-ART-BNW<br><br>**ORDER GRANTING**<br><br>STIPULATION TO<br>DISMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections, Michael Bashor, Dawn Bequette, Stephen Clark, Daniel Collier, Joseph Ferro, Ricky Hughes, Kara LeGrand, Joseph Mainwaring, Dana Marks, Anthony Martinez, Cody Parker, Curtis Rigney and Justin Zysman, and all others named and unnamed, by and through counsel Aaron D. Ford, Attorney General and Jessica Brown, Deputy Attorney General, of the State of Nevada, and Plaintiff, Jamal Damon Hendrix #1083418, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 19th day of September, 2023.

By: /s/ Jamal Hendrix
Jamal Damon Hendrix
Plaintiff, *Pro Se*

DATED this 29h day of August, 2023.
AARON D. FORD
Attorney General

By: /s/ Jessica Brown
Jessica Brown, (Bar No. 14487)
*Attorneys for Defendant, NDOC*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

Anne R. Traum
United States District Court Judge

DATED: September 28, 2023.